## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DANA SCOTT, | * | |
| | * | |
| *Plaintiff*, | * | CIVIL ACTION FILE |
| | * | NO.: |
| v. | * | |
| | * | |
| DRIVING YOUR WAY LLC, | * | **Removed from Superior** |
| ILLINOIS NATIONAL | * | **Court of Clayton County,** |
| INSURANCE COMPANY, and | * | **Civil Action** |
| DANIEL EGOZCUE, | * | **File No. 2020CV00760-12** |
| | * | |
| *Defendants.* | | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and § 1446, Driving Your Way LLC, Illinois National Insurance Company, and Daniel Egozcue ("defendants"), hereby remove the above-styled civil action from the Superior Court of Clayton County, Georgia on the following grounds:

1.

On February 28, 2020, plaintiff Dana Scott filed a renewal action against defendants Daniel Egozcue, Driving Your Way LLC, and Illinois National Insurance Company in the Superior Court of Clayton County, Georgia, which was assigned Civil Action File No. **2020CV00760-12** (the "State Court action").

2.

On March 12, 2020, plaintiff served Driving Your Way LLC and Illinois National Insurance Company.  On March 24, 2020, plaintiff served Daniel Egozcue. This notice of removal is filed within 30 days of service of plaintiff's summons and complaint on defendants and is, therefore, timely under 28 U.S.C. § 1446.

3.

All process, pleadings, and orders received by defendants are attached to this Notice as Exhibit A.

4.

The Superior Court of Clayton County, Georgia is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

5.

Complete diversity of citizenship exists between the plaintiff and the above-named defendants pursuant to 28 U.S.C. § 1332 as plaintiff is a citizen of Georgia and the above-named Defendants are not.

6.

Plaintiff was a citizen and resident of the State of Georgia when she filed the State Court action.  (Complaint, ¶ 1).

7.

Defendant Daniel Egozcue was a citizen and resident of the State of Florida when plaintiff filed the State Court action.  (Complaint, ¶ 4).  Defendant Driving Your Way LLC is also a resident of the State of Florida.   (Complaint, ¶ 3). Defendant Illinois National Insurance Company is a resident of Illinois.  (Complaint, ¶ 3).

8.

When plaintiff filed the State Court action, defendant Driving Your Way LLC was a foreign company existing under the laws of Florida with a registered agent for service of process – Yvan Aragundi - located at 19753 Dinner Key Drive, Boca Raton, Florida 3348.

9.

When plaintiff filed her State Court action, defendant Driving Your Way LLC's members were neither residents nor citizens of Georgia.  The LLC's articles of organization and most recent annual report are attached as <u>Exhibit B</u>.

10.

In the State Court action, plaintiff alleges a bodily injury claim against defendants based on Georgia negligence law. (<u>Complaint</u>, ¶¶ 11-23).  Plaintiff seeks to recover damages for past and future medical expenses, pain and suffering, and a

permanent injury. (*Id.* at ¶¶ 30-31).   Moreover, she seeks an award of punitive damages.  (*Id.* at ¶¶ 32-33).

### 11.

On January 21, 2020, in her original state court action, which was subsequently voluntarily dismissed, the state court entered its Consolidated Proposed Pre-Trial Order, prepared by Plaintiff, which identified past medical expenses of $453,728.84, lost wages in the amount of $40,000.00, and future medical expenses in paragraph 11. A copy of the foregoing Consolidated Proposed Pre-Trial Order is attached hereto as Exhibit C. On February 7, 2020, after plaintiff dismissed her original complaint, plaintiff demanded that defendants pay $750,000.00 to settle her claims arising out of the incident which forms the basis of her personal injury claim in the State Court action.  A copy of the foregoing demand is attached hereto as Exhibit D.

### 12.

Based on the undersigned's experience, plaintiff's allegations of special damages in the original lawsuit, and plaintiff's recent settlement demand, without admitting any negligence on the part of defendants, the amount in controversy is greater than $75,000.00.

### 13.

Based on the foregoing, plaintiff asserts claims over which this Court has original jurisdiction founded on diversity jurisdiction and the amount in controversy. <u>See</u> 28 U.S.C. §§ 1441(b), 1332, and 1446.  All of the above-named defendants consent to this removal.

14.

Defendants will give written notice of the filing of this notice to plaintiff and will likewise file a written notice with the Clerk of the Superior Court of Clayton County.

15.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation or the above-styled matter.

16.

Based on the foregoing, defendants request that this Court allow the requested removal and assert jurisdiction over the state court action.

This ___ day of <u>April</u>, <u>2020</u>.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
JENNIFER C. ADAIR
Georgia Bar No. 001901
JANEEN E. SMITH
Georgia Bar. No. 377429
*Attorney for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## <u>LR 5.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1 (d), this document has been prepared in compliance

with Local Rule 5.1 in 14-point Times New Roman font.

**FREEMAN MATHIS & GARY, LLP**

/s/Jennifer C. Adair
JENNIFER C. ADAIR
Georgia Bar No. 001901
JANEEN E. SMITH
Georgia Bar No. 377429
*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing *Notice of Removal* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

Eric Rogers
Michael Goldberg
Fried Goldberg LLC
3550 Lenox Road NE Suite 1500
Atlanta, GA 30326-4302

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
JENNIFER C. ADAIR
Georgia Bar No. 001901
JANEEN E. SMITH
Georgia Bar No. 377429
*Attorney for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)