# EXHIBIT A



# Notice of Service of Process

LDD / ALL
Transmittal Number: 21277079
Date Processed: 03/16/2020

| | |
|---|---|
| **Primary Contact:** | Eric Manne<br>AIG Property Casualty<br>80 Pine St<br>Fl 13<br>New York, NY 10005-1734 |
| **Entity:** | Illinois National Insurance Company<br>Entity ID Number 1750317 |
| **Entity Served:** | Illinois National Insurance Company |
| **Title of Action:** | Dana Scott vs. Driving Your Way LLC |
| **Matter Name/ID:** | Dana Scott vs. Driving Your Way LLC (10110905) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clayton County Superior Court, GA |
| **Case/Reference No:** | 2020CV00760-12 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 03/12/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Eric J.D. Rogers<br>404-591-1800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# IN THE SUPERIOR COURT OF CLAYTON COUNTY

# STATE OF GEORGIA

**Dana Scott**
c/o Fried Goldberg LLC
3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326

PLAINTIFF

VS.

**Illinois National Insurance Company**
c/o Corporation Service Company
40 Technology Parkway South, Suite 300
Norcross, Georgia

DEFENDANT

CIVIL ACTION NUMBER 2020CV00760-12

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Eric J. D. Rogers, Esquire**
**Fried Goldberg LLC**
**3550 Lenox Road, N.E., Suite 1500**
**Atlanta, Georgia 30326-4302**
**404-591-1800**

an answer to the complaint which is herewith served on you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **28th** day of **February**, 20**20**.

Clerk of Superior Court

BY /s/ Candice Brown

Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

CLAYTON COUNTY, GA
2/28/2020 3:18 PM
Jacquline D. Wills
CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DANA SCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVING YOUR WAY LLC, ILLINOIS NATIONAL INSURANCE COMPANY, and DANIEL EGOZCUE<br><br>Defendants. | **JURY TRIAL DEMANDED**<br><br>CIVIL ACTION<br>FILE NO. 2020CV00760-12 |

## COMPLAINT

COMES NOW Dana Scott, Plaintiff, and makes and files this complaint against Defendants Driving Your Way LLC, Illinois National Insurance Company and Daniel Egozcue as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Dana Scott is a citizen of the State of Georgia and resides in this state and is subject to the jurisdiction of this court.

2.

Defendant Driving Your Way LLC ("Driving Your Way") is a foreign corporation, existing under the laws of the State of Florida with its principal place of business in the State of Florida, and is authorized to transact business in the State of Georgia, and may be served at its registered agent, Atlanta Legal Services Inc. at 3301 Buckeye Road, Suite 303, Atlanta, Georgia 30341 and is subject to the jurisdiction of this court.

3.

Defendant Illinois National Insurance Company ("Illinois National") is a foreign corporation, existing under the laws of the State of Illinois with its principal place of business in the State of Illinois and may be served at its registered agent Corporation Service Company at 40 Technology Parkway South #300, Norcross, Georgia and is subject to the jurisdiction of this court.

4.

Defendant Daniel Egozcue ("Egozcue") is a citizen of the State of Florida and may be served at his resident address at 680 East 57th Street, Hialeah, Florida 33013 and is subject to the jurisdiction of this court.

5.

Plaintiff has complied with all conditions precedent to the refiling of this renewal action after the prior voluntary dismissal without prejudice of her case which was previously pending in Clayton County State Court on February 7, 2020.

6.

Jurisdiction and venue are proper in this court.

**BACKGROUND**

7.

On or about October 22, 2015, Plaintiff was traveling Southbound on I-675 in Clayton County, Georgia.

8.

At the same time, Defendant Egozcue was operating a tractor-trailer Southbound on I-675 Plaintiff's vehicle.

9.

Defendant Egozcue made a right turn onto Old Dixie Road into Plaintiff's lane of travel and collided with his vehicle.

10.

As a result of the collision, Plaintiff suffered orthopedic injuries to her neck and back, requiring surgery on her neck.

## COUNT I – NEGLIGENCE

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

12.

Defendant Egozcue was negligent in failing to maintain his lane of travel, failing to yield, and failing to keep a proper look out for vehicles in and around the roadway.

13.

Defendant Egozcue was negligent in colliding with Plaintiff's vehicle.

14.

Defendant Egozcue's negligence is the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT II – IMPUTED LIABILITY

15.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above as if fully restated.

16.

At the time of the subject collision, Defendant Egozcue was under dispatch for Defendant Driving Your Way.

17.

At the time of the subject collision, Defendant Egozcue was operating his tractor-trailer on behalf of Defendant Driving Your Way.

18.

Defendant Driving Your Way is an interstate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Egozcue in regard to the collision described in this complaint under the doctrine of lease liability, agency, or apparent agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

Defendant Driving Your Way was negligent in hiring Defendant Egozcue and entrusting him to drive a commercial vehicle.

21.

Defendant Driving Your Way was negligent in failing to properly train Defendant Egozcue.

22.

Defendant Driving Your Way was negligent in failing to properly supervise Defendant Egozcue.

23.

Defendant Driving Your Way's negligence in hiring Defendant Egozcue and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## **COUNT IV – DIRECT ACTION**

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

Defendant Illinois National is subject to a direct action as the insurer for Defendant Driving Your Way pursuant to O.C.G.A. § 40-2-140.

26.

Defendant Illinois National was the insurer of Defendant Driving Your Way at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

27.

Defendants Driving Your Way and Illinois National are subject to the filing requirements outlined in O.C.G.A. § 40-2-140.

28.

Defendant Illinois National is responsible for any judgment rendered against Defendant Driving Your Way.

## COUNT V – DAMAGES

29.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 28 above as if fully restated.

30.

As a result of Defendants' negligence, Plaintiff has a claim for past and future medical expenses.

31.

As a result of Defendants' negligence, Plaintiff has suffered severe and permanent injuries and has a claim for past and future pain and suffering.

## COUNT VI – PUNITIVE DAMAGES

32.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 31 above as if fully restated.

33.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

**WHEREFORE**, Plaintiff prays that she have a trial on all issues and judgment against Defendants as follows:

a. That Plaintiff recover past and future medical expenses in an amount to be proven at trial;

b. That Plaintiff recover for past and future physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c. That Plaintiff recover punitive damages in an amount to be determined by the enlightened conscience of a jury; and

d. That Plaintiff recover such other and further relief as is just and proper.

This 28th day of February, 2020.

Respectfully Submitted,

**FRIED GOLDBERG LLC**

By: */s/ Eric J.D. Rogers*
**MICHAEL L. GOLDBERG**
Georgia Bar No. 299472
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326
(404) 591-1800
Fax: (404) 591-1801
Email: michael@friedgoldberg.com
Email: eric@friedgoldberg.com

Case 1:20-cv-01566-TCB Document 1-1 Filed 04/10/20 Page 11 of 16

2020CV00760-12

FILED
CLAYTON COUNTY, GA
4/1/2020 2:00 PM
Jacquline D. Wills
CLERK SUPERIOR COURT

# AFFIDAVIT OF SERVICE

| State of Georgia | County of Clayton | Superior Court |

Case Number: 2020-CV-00760-12

Plaintiff:
**DANA SCOTT**

vs.

Defendant:
**DANIEL EGOZCUE**

For:
ERIC J. ROGERS, ESQ.,
FRIED GOLDBERG LLC
3550 LENOX ROAD N.E.
SUITE # 1500
ATLANTA, GA 30326

Received by Executive Express Courier Services, LLC on the 19th day of March, 2020 at 12:00 pm to be served on **DANIEL EGOZCUE, 680 E. 57th STREET, HIALEAH, FL 33013**.

I, Nelson Navarrete, being duly sworn, depose and say that on the **24th day of March, 2020** at **5:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons AND Complaint** with the date and hour of service endorsed thereon by me, to: **DANNY EGOZCUE** as **SON/CO-RESIDENT** at the address of: **680 E. 57th STREET, HIALEAH, FL 33013**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 20s, Sex: M, Race/Skin Color: WHITE, Height: 5'7, Weight: 130, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 25th day of March, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

Nelson Navarrete
C.P.S. # 1906

**Executive Express Courier Services, LLC**
**4460 N.W. 73 Avenue**
**Miami, FL 33166**
**(305) 371-0292**

Our Job Serial Number: JRT-2020044439
Ref: SCOTT VS EGOZCUE

ORIGINAL

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

AS

# IN THE SUPERIOR COURT OF CLAYTON COUNTY

# STATE OF GEORGIA

| | |
|---|---|
| **Dana Scott**<br>c/o Fried Goldberg LLC<br>3550 Lenox Road, N.E.<br>Suite 1500<br>Atlanta, Georgia 30326 | CIVIL ACTION 2020CV00760-12<br>NUMBER |
| PLAINTIFF | |
| VS. | |
| **Daniel Egozcue**<br>680 East 57th Street<br>Hialeah, Florida 33013 | |
| DEFENDANT | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Eric J. D. Rogers, Esquire**
**Fried Goldberg LLC**
**3550 Lenox Road, N.E., Suite 1500**
**Atlanta, Georgia 30326-4302**
**404-591-1800**

an answer to the complaint which is herewith served on you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __28th__ day of __February__, 20 __20__.

Clerk of Superior Court

BY __/s/ Candice Brown__
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.



44439

**AFFIDAVIT OF SERVICE**

CLAYTON COUNTY, GA
3/16/2020 10:26 AM
Jacquline D. Wills
CLERK SUPERIOR COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 2020CV00760-12 | IN THE SUPERIOR COURT OF CLAYTON COUNTY | CLAYTON | 4402878 |
| **Plaintiff / Petitioner:** DANA SCOTT, | | **Defendant / Respondent:** DRIVING YOUR WAY LLC, ILLINOIS NATIONAL INSURANCE COMPANY, and DANIEL EGOZCUE | |
| **Received by:** RMG - SERVICES, LLC | | **For:** FRIED GOLDBERG LLC | |
| **To be served upon:** ILLINOIS NATIONAL INSURANCE COMPANY | | | |

I, HOLLIS HILL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ILLINOIS NATIONAL INSURANCE COMPANY c/o Corporation Service Company by leaving a copy with Barry Smith who is authorized to accept legal documents, Company: 40 Technology Pkwy South #300, Norcross, GA 30092

**Manner of Service:** Registered Agent, Mar 12, 2020, 11:37 am EDT

**Documents:** SUMMONS AND COMPLAINT

**Additional Comments:**
1) Successful Attempt: Mar 12, 2020, 11:37 am EDT at Company: 40 Technology Pkwy South #300, Norcross, GA 30092 received by ILLINOIS NATIONAL INSURANCE COMPANY c/o Corporation Service Company by leaving a copy with Barry Smith who is authorized to accept legal documents. Age: 30+; Ethnicity: African American; Gender: Male; Weight: 205; Height: 5'8"; Hair: Black;

HOLLIS HILL          3/13/2020
Certified Process Server # CPS195          Date

RMG - SERVICES, LLC
P.O. Box 82967
Conyers, GA 30013
770-601-4250

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
3/13/2020          6/5/21
Date          Commission Expires

RYAN WALLACE
NOTARY PUBLIC
My Comm. Expires Jun 5, 2021
DEKALB COUNTY
STATE OF GEORGIA

CB

# IN THE SUPERIOR COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

FILED
CLAYTON COUNTY, GA
2020 JAN -6 PM 12: 02
JACQULINE D. WILLS
CLERK SUPERIOR COURT

### ORDER FOR APPOINTMENT FOR PROCESS SERVICE

Having read and considered the petitions and criminal records, and it appearing to the Court that sufficient grounds exist that each petitioner meets the requirements for appointment by the Court, it is hereby

**ORDERED** and **ADJUDGED** that the following:

| | | | | |
|---|---|---|---|---|
| Abraham, Robyn | Dambach-Cirko, P. | Hassan, Muhsin S. | Mott, Cynthia | Singleton, Wesley |
| Allen, Lakeita | Davenport, Alterick | Hassan, Muhsin | Muhammad-Haqq, A. | Smith, Jr., Bruce |
| Andrews, II, Gene | Davidson, Danny | Highsmith, Amos | Nichols, Jean | Smith, Ronald |
| Bailey, Anna | Davidson, Mitchell | Hightower, Anthonio | Nichols, Lathan | Smith, Virginia |
| Barnes, Kristopher | Day, Duane | Hill, Hollis | Nolen, Milton | Snellings, Sharon |
| Barney, Steven | Dolbier, Jeffrey | Hines, James | Perkins, Karen | Spears, Joye |
| Barron, Shane | Dreeman, Douglas | Horton, Christopher | Pitts, Rochelle | Stanton, Christopher |
| Basham, James | Earthrise, Rochelle | Huguley, CK Adonni | Quinn, William | Starks, Marc |
| Benito, Richard | Echols, Eric | Humphrey, Ronald | Rauser, Jayne | Stinyard, Kelvin |
| Brazeman, Craig | Echols, Patricia | Jenkins, Stephanie | Rhodes, Kathryn | Tamaroff, Paul |
| Briley, Donnie | Folds, Catherina | Kahssu, Haile | Rice, Robert | Tassaw, Berhane |
| Bunch, Kim | Folds, George | Kidd, Elizabeth | Richardson, Leroy | Thompson, Vanessa |
| Byer, Edmond | Ford, Ronnie | Kirkland, Shirley | Ruddock, Margaret | Thrash, Nancy |
| Chastain, Michael | Fuller, Thomas | Layton, Eric | Sadler, Jr., John | Tort, Henry |
| Clemmons, Joyce | Gayle, Earl | Lobin, Jerome | Saxon, Jasmine | Turner, Travis |
| Cline, Travis | Gibbs, Thomas | Mallas, Nicholas | Saxon, Rashad | Underwood, Robert |
| Cochrane, Babette | Giles, Herbert | McClellan, Rodney | Saxon, Robin | Washington, Sabrina |
| Cook, Chris | Greenway, Kimberly | McGahee, Larry | Saxon-Ford, Virginia | West, Eric |
| Crawford, Melissa P. | Grimshaw, Shane | Mitchell, Kevin | Seklecki, Christian | Winkelman, Nan |
| Crump, Thomas | Gruhn, Tammie | Morgan, Todd | Shadix, Jr., Jimmy | Wright, Christopher |
| Cunningham, Sally | Harris, Parks | Morrison, Zuri | Singleton, Wanda | |

be appointed and authorized to serve as a Permanent Process Server in the Clayton County Superior Court for Calendar Year 2020, without the necessity of an order for appointment in each individual case.

SO ORDERED this 6th day of January, 2020.

_____
Chief Judge Geronda V. Carter

_____
Judge Shana Rooks Malone

_____
Judge Robert L. Mack, Jr.

_____
Judge Aaron B. Mason

_____
Judge Rathyrin L. Powers

**AFFIDAVIT OF SERVICE**

2020CV00760-12
CLAYTON COUNTY, GA
3/16/2020 10:24 AM
Jacquline D. Wills
CLERK SUPERIOR COURT

| Case: 2020CV00760-12 | Court: IN THE SUPERIOR COURT OF CLAYTON COUNTY | County: CLAYTON | Job: 4402899 |
|---|---|---|---|
| Plaintiff / Petitioner: DANA SCOTT, | | Defendant / Respondent: DRIVING YOUR WAY LLC, ILLINOIS NATIONAL INSURANCE COMPANY, and DANIEL EGOZCUE | |
| Received by: RMG - SERVICES, LLC | | For: FRIED GOLDBERG LLC | |
| To be served upon: DRIVING YOUR WAY LLC | | | |

I, HOLLIS HILL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: DRIVING YOUR WAY LLC, c/o Registered Agent Atlanta Legal Services, Inc. by leaving a copy with Marc Allard who is authorized to accept legal documents , Company: 3301 Buckeye Road #303, Atlanta, GA 30341

Manner of Service: Registered Agent, Mar 12, 2020, 11:16 am EDT

Documents: SUMMONS AND COMPLAINT

**Additional Comments:**
1) Successful Attempt: Mar 12, 2020, 11:16 am EDT at Company: 3301 Buckeye Road #303, Atlanta, GA 30341 received by DRIVING YOUR WAY LLC, c/o Registered Agent Atlanta Legal Services, Inc. by leaving a copy with Marc Allard who is authorized to accept legal documents . Age: 55+; Ethnicity: Caucasian; Gender: Male; Weight: 210; Height: 6'4"; Hair: Black;

_____  3/13/2020
HOLLIS HILL                 Date
Certified Process Server # CPS195

RMG - SERVICES, LLC
P.O. Box 82967
Conyers, GA 30013
770-601-4250

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/13/2020         6/5/21
Date              Commission Expires

RYAN WALLACE
NOTARY PUBLIC
My Comm. Expires
Jun 5, 2021
DEKALB COUNTY
STATE OF GEORGIA

CB

IN THE SUPERIOR COURT OF CLAYTON COUNTY
STATE OF GEORGIA

FILED
CLAYTON COUNTY, GA
2020 JAN -6 PM 12: 02

JACQULINE D. WILLS
CLERK SUPERIOR COURT

## ORDER FOR APPOINTMENT FOR PROCESS SERVICE

Having read and considered the petitions and criminal records, and it appearing to the Court that sufficient grounds exist that each petitioner meets the requirements for appointment by the Court, it is hereby

**ORDERED** and **ADJUDGED** that the following:

| | | | | |
|---|---|---|---|---|
| Abraham, Robyn | Dambach-Cirko, P. | Hassan, Muhsin S. | Mott, Cynthia | Singleton, Wesley |
| Allen, Lakeita | Davenport, Alterick | Hassan, Muhsin | Muhammad-Haqq, A. | Smith, Jr., Bruce |
| Andrews, II, Gene | Davidson, Danny | Highsmith, Amos | Nichols, Jean | Smith, Ronald |
| Bailey, Anna | Davidson, Mitchell | Hightower, Anthonio | Nichols, Lathan | Smith, Virginia |
| Barnes, Kristopher | Day, Duane | Hill, Hollis | Nolen, Milton | Snellings, Sharon |
| Barney, Steven | Dolbier, Jeffrey | Hines, James | Perkins, Karen | Spears, Joye |
| Barron, Shane | Dreeman, Douglas | Horton, Christopher | Pitts, Rochelle | Stanton, Christopher |
| Basham, James | Earthrise, Rochelle | Huguley, CK Adonni | Quinn, William | Starks, Marc |
| Benito, Richard | Echols, Eric | Humphrey, Ronald | Rauser, Jayne | Stinyard, Kelvin |
| Brazeman, Craig | Echols, Patricia | Jenkins, Stephanie | Rhodes, Kathryn | Tamaroff, Paul |
| Briley, Donnie | Folds, Catherina | Kahssu, Haile | Rice, Robert | Tassaw, Berhane |
| Bunch, Kim | Folds, George | Kidd, Elizabeth | Richardson, Leroy | Thompson, Vanessa |
| Byer, Edmond | Ford, Ronnie | Kirkland, Shirley | Ruddock, Margaret | Thrash, Nancy |
| Chastain, Michael | Fuller, Thomas | Layton, Eric | Sadler, Jr., John | Tort, Henry |
| Clemmons, Joyce | Gayle, Earl | Lobin, Jerome | Saxon, Jasmine | Turner, Travis |
| Cline, Travis | Gibbs, Thomas | Mallas, Nicholas | Saxon, Rashad | Underwood, Robert |
| Cochrane, Babette | Giles, Herbert | McClellan, Rodney | Saxon, Robin | Washington, Sabrina |
| Cook, Chris | Greenway, Kimberly | McGahee, Larry | Saxon-Ford, Virginia | West, Eric |
| Crawford, Melissa P. | Grimshaw, Shane | Mitchell, Kevin | Seklecki, Christian | Winkelman, Nan |
| Crump, Thomas | Gruhn, Tammie | Morgan, Todd | Shadix, Jr., Jimmy | Wright, Christopher |
| Cunningham, Sally | Harris, Parks | Morrison, Zuri | Singleton, Wanda | |

be appointed and authorized to serve as a Permanent Process Server in the Clayton County Superior Court for Calendar Year 2020, without the necessity of an order for appointment in each individual case.

SO ORDERED this ___6th___ day of __January__, 20_20_.

_____
Chief Judge Geronda V. Carter

_____
Judge Shana Rooks Malone

_____
Judge Robert L. Mack, Jr.

_____
Judge Aaron B. Mason

_____
Judge Rathyrn L. Powers